**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CYNTHIA PEPE,

     Plaintiff,

v.                                                                          Civ. No. 25-537 GJF/KK

NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC., *et al.*,

     Defendants.

**ORDER GRANTING UNOPPOSED MOTION TO EXTEND EXPERT DISCLOSURE
DEADLINES**

THIS MATTER is before the Court on Plaintiff's Unopposed Motion to Extend Expert Disclosure Deadlines (Doc. 39) ("Motion"), filed December 30, 2025.  The Court, having reviewed the Motion and noting that it is unopposed, and being otherwise sufficiently advised, FINDS that the Motion is well-taken and therefore GRANTS it.

IT IS THEREFORE ORDERED that the deadlines listed in the Court's Order Adopting Joint Status Report and Provisional Discovery Plan with Changes and Setting Case Management Deadlines (Doc. 23) ("Order") are extended as follows:

1. Plaintiff's Rule 26(a)(2) expert disclosures are due by **Friday, February 27, 2026**.

2. Defendants' Rule 26(a)(2) expert disclosures are due by **Friday, March 27, 2026.**

All other provisions of the Court's Order (Doc. 23) remain in effect.

KIRTAN KHALSA
UNITED STATES MAGISTRATE JUDGE