**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CYNTHIA PEPE,**

       **Plaintiff**

**v.**                                                                       **No. 1:25-cv-00537-GJF-KK**

**NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC,
dba SANDIA NATIONAL LABORATORIES, and
LILIANA SHELTON, in her official and individual capacities,**

       **Defendants.**

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 18th day of March, 2026, a true and correct copy of the Notice of Deposition of James Pepe along with this Certificate of Service were served to Plaintiff Cynthia Pepe c/o Heather Burke, 1000 Cordova Place, #24, Santa Fe, New Mexico, 87505, via electronic mail at heather@hburkelaw.com.

Respectfully Submitted,

CONKLIN, WOODCOCK, ZIEGLER
& HAZLETT, P.C.

*/s/ Carol Dominguez Shay*
Carol Dominguez Shay
John K. Ziegler
320 Gold SW, Suite 800
Albuquerque, NM 87102
Tel: (505) 224-9160
Fax: (505) 224-9161
cds@conklinfirm.com
jkz@conklinfirm.com