**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

**CYNTHIA PEPE,**

        **Plaintiff,**

**v.**                                          **No. 1:25-cv-00537-GJF-KK**

**NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC,
dba SANDIA NATIONAL LABORATORIES, and
LILIANA SHELTON, in her official and individual capacities,**

        **Defendants.**

### DEFENDANTS' UNOPPOSED MOTION TO EXTEND CASE MANAGEMENT DEADLINES

COME NOW Defendants National Technology and Engineering Solutions of Sandia, LLC, dba Sandia National Laboratories ("Sandia"), and Liliana Shelton, (collectively "Defendants"), by and through their attorneys, Conklin, Woodcock, Ziegler & Hazlett, P.C. (Carol Dominguez Shay and John K. Ziegler) and file this Unopposed Motion to Extend Deadline to Respond to Plaintiff's First Motion to Compel. In support of this motion, Defendants state as follows:

1.      Pursuant to the Court's April 8, 2026 Order (Doc. No. 69), Defendants' deadline to depose Plaintiff's experts is April 23, 2026.

2.      Defendants noticed and were prepared to depose Plaintiff's psychiatric expert, Dr. Shama Rasheed, on April 23, 2026. However, Defendants were informed today that Dr. Rasheed has experienced a death in her family and must vacate and reschedule her deposition to a date after April 23, 2026.[1]

---

[1] Defendants have noticed and are prepared to take Plaintiff's damages expert's deposition on April 23, 2026.

3.     After conferring with opposing counsel, the parties have agreed to reschedule Dr. Rasheed's deposition for May 6, 2026, a date she proposed.

4.     The Court's April 8, 2026 Order also extended Defendants' expert disclosure deadline to May 8, 2026, to allow Defendants to depose Plaintiff's experts before having to disclose their own experts. In light of the need to reschedule Dr. Rasheed's deposition to May 6, Defendants respectfully request that their expert deadline be further extended to May 22, 2026.

5.     Prior to the Court's April 8, 2026 Order, the discovery deadline was April 10, 2026. See Order Adopting Joint Status Report and Provisional Discovery Plan with Changes and Setting Case Management Deadlines (Doc. No. 23) (Aug. 13, 2025). The April 8, 2026 Order extended that deadline to May 22, 2026 solely to permit Plaintiff to take three depositions out of time.

6.     The deadline for filing Daubert motions is May 11, 2026. Meeting this deadline will be difficult in light of the existing extensions and the need to depose Plaintiff's expert after the original deadline.

7.     The dispositive motions deadline is also May 11, 2026. Because discovery will not be complete by that date, Defendants anticipate that Plaintiff may seek additional time to respond to any motion for summary judgment. This would likely reduce the time available for the Court to consider and rule on such motions before trial preparation, requiring Defendants to prepare for trial that may ultimately be unnecessary.

8.     Defendants understand that changes to the case management deadlines as proposed below may affect the trial date.

9.     Pursuant to D.N.M.LR-Civ. 7.1(a), Defendants sought Plaintiff's concurrence, and Plaintiff does not oppose the requested relief.

WHEREFORE, Defendants respectfully request the Court to extend the existing case management deadlines set forth in the August 13, 2025 Order as modified by the April 8, 2026 Order as follows:

1.      May 6, 2026: Deadline for Defendant to depose Plaintiff's experts;

2.      May 22, 2026: Deadline for Defendants to disclose their expert witnesses; and

3.      June 5, 2026: Deadline for Daubert and dispositive motions.


                        Respectfully submitted,

                        CONKLIN, WOODCOCK, ZIEGLER
                        & HAZLETT, P.C.

                        By: /s/Carol Dominguez Shay
                            Carol Dominguez Shay
                            320 Gold Ave., Suite 800
                            Albuquerque NM 87102
                            Telephone: (505) 224-9160
                            cds@conklinfirm.com
                            *Attorney for Defendants*