IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CYNTHIA PEPE,

    Plaintiff

v.                                   Case No. 1:25-cv-00537-GJF-LF

NATIONAL TECHNOLOGY AND ENGINEERING
SOLUTIONS OF SANDIA, LLC, et al.,

    Defendants.

### <u>ORDER SETTING HEARING</u>

THIS MATTER comes before the Court on Defendants' Motion to Reschedule the

Discovery Hearing Set for July 30, 2026.  Doc. 138.  Defendants request that the hearing set for

July 30, 2026, be reset to July 31, August 4, or August 5.  *Id.* ¶ 5.  Plaintiff filed a notice stating

that her counsel will be available on August 5, 2026.  Doc. 142.

IT IS THEREFORE ORDERED that the discovery hearing originally set for July 30,

2026, is RESET to **<u>Wednesday, August 05, 2026</u> at <u>9:30 a.m.</u>,** at the United States Courthouse,

4th Floor Chama Courtroom, 333 Lomas Blvd. NW, Albuquerque, New Mexico.

 

Laura Fashing
United States Magistrate Judge